IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEAH LYNCH | § § § | |
|     Plaintiff, | § | Civ. Action No. 1:23-cv- 00158 |
| | § | |
| v. | § § | |
| BEXLEY SILVERADO (WEINSTEIN PROPERTIES), | § § § § | |
|     Defendant | | |

## NOTICE OF REMOVAL

Weinstein Management Co., Inc., incorrectly identified as "Bexley Silverado (Weinstein Properties)," files this notice of removal of this suit from the Justice Court of Williamson County, Texas, Pct.2, to the United States District Court for the Western District of Texas, Austin Division. Defendant, by and through its undersigned attorneys, respectfully states the following as grounds for removal of this action:

1.     The style of the removed case is *Leah Lynch v. Bexley Silverado (Weinstein Properties)*, Cause No. 2SC-22-0348, in the Justice Court of Williamson County, Texas, Pct. 2. Plaintiff filed her Original Small Claims Petition on November 29, 2022, naming Bexley Silverado (Weinstein Properties) alleging the Defendant failed to accept an emotional support animal letter. (Original Petition is attached in Exhibit 1). Plaintiff served her Original Small Claims Petition on the wrong Defendant, Paula D. Weinstein of Weinstein Properties located at 6304 Shadow Mountain Dr., Austin, TX 78731. Paula D. Weinstein filed an answer to Plaintiff's Original Petition informing the court that the wrong defendant had been named because Weinstein Properties does not own the Bexley Silverado. (Paula D. Weinstein's Answer is attached in Exhibit 1).

1

2.     On January 5, 2023, Plaintiff filed her First Amended Petition. In the First Amended Petition, Plaintiff asserts a claim under the federal Fair Housing Act ("FHA"). Additionally, Plaintiff alleges a cause of action for false advertising but does not identify the statutory basis for this cause of action.

3.     Defendant, Weinstein Management Co., Inc. was served with a copy of the Plaintiff's First Amended Petition on January 10, 2023, through its agent for service CT Corporation, 1999 Bryan Street, Ste. 900, Dallas, TX 75201. Defendant filed its Original Answer on February 9, 2023. This was the first service or notice of Plaintiff's suit received by Defendant.

4.     Defendant is filing this notice within the thirty (30) day period required by 28 U.S.C. § 1446(b).

5.     Venue is proper in this district under 28 U.S.C. § 1441 because this district and division embrace the place in which the removed action has been pending.

6.     Defendant is promptly filing a copy of the Notice of Removal with the clerk of the State Court in which the case is pending.

7.     Plaintiff's Petition involves issues arising under the Constitution and laws of the United States. Specifically, Plaintiff alleges that Defendant violated the federal Fair Housing Act ("FHA"). As such, this matter is removable under 28 U.S.C. § 1331 based on federal question jurisdiction.

8.     Plaintiff also asserts claims for false advertising but fails to identify the statutory basis for this cause of action, though both federal and state laws have false advertising protections. To the extent these causes of action arise under Texas state law, these causes of action arise from a common nucleus of operative facts with Plaintiff's FHA claim. Thus, this Court has supplemental jurisdiction over Plaintiff's state law claims, if any, pursuant to 28 U.S.C. § 1367.

3

9.     Consequently, this Court has federal question jurisdiction under 28 U.S.C. § 1331, supplemental jurisdiction under 28 U.S.C. § 1367, and Defendant can remove this action to this Court pursuant to 28 U.S.C. § 1441.

10.    An Index of the state court's file with a copy of each state court filing is attached hereto as Exhibit 1.  Defendant's Notice of Filing Notice of Removal in state court is attached hereto as Exhibit 2.

WHEREFORE, Defendant Weinstein Management Co., Inc. requests that the action now pending against it in Justice Court of Williamson County, Texas, Pct. 2 be removed to the United States District Court for the Western District of Texas, Austin Division and further requests that this Court assume jurisdiction over the cause herein as provided by law.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Laura E. De Santos*
Laura E. De Santos, Attorney in Charge
SBN: 00793612
ldesantos@grsm.com
Elizabeth P. Harper
SBN: 24032844
eharper@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon Plaintiff Leah Lynch, on February 10, 2023:

Leah Lynch
14115 N Highway 183 Apt. 1123
Austin, TX 78717
Leah10lynch5@gmail.com

*/s/ Laura E. De Santos*
LAURA E. DE SANTOS